```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/8/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MIGUEL NIVAR,

                Defendant.

19 Cr. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Defendant's guilty plea entered on June 8, 2020, the evidentiary hearing on Defendant's motion to suppress physical evidence scheduled for June 18, 2020, is ADJOURNED *sine die*. The Clerk of Court is directed to terminate the motion at ECF No. 11.

    SO ORDERED.

Dated: June 8, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge