USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Miguel Nivar,
                         Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

19 -CR- 902 (AT)( )

Defendant __Miguel Nivar_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X** Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/IMA for Miguel Nivar            /s/ IMA

_____       _____
Defendant's Signature                                  Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Miguel Nivar**                          **Ian Marcus Amelkin**
_____      _____
Print Defendant's Name                               Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/29/2021                                        _[signature]_
_____      _____
Date                                                          U.S. District Judge/U.S. Magistrate Judge