```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

MIGUEL NIVAR,

       Defendant.

19 Cr. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court shall hold an initial conference in this matter on **January 4, 2023**, at **12:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

  SO ORDERED.

Dated: December 21, 2022
New York, New York

              _____
                ANALISA TORRES
                United States District Judge