UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             -against-

MIGUEL NIVAR,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2022

19 Cr. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The conference scheduled for January 4, 2023, is ADJOURNED to **January 24, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: December 30, 2022
          New York, New York

                                                   ANALISA TORRES
                                         United States District Judge