```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

            -against-

MIGUEL NIVAR,

                              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2023_

19 Cr. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for January 24, 2023, is ADJOURNED to **January 31, 2023**, at **2:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                        ANALISA TORRES
                             United States District Judge