UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIGUEL NIVAR,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023

19 Cr. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for January 31, 2023, at 2:20 p.m. is RESCHEDULED to **January 31, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge