```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

MIGUEL NIVAR,

                Defendant.

19 Cr. 902 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release conference scheduled for June 6, 2023, is RESCHEDULED to **May 16, 2023**, at **4:15 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 1, 2023
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge